IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGEL TORRES,

    Plaintiff,

v.                                                                          Civil Action No. **3:21CV38**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter requesting the appointment of counsel for a civil rights action regarding his probation. By Memorandum Order entered on February 11, 2021, the Court explained that it cannot appoint him counsel as he has no pending action filed in this Court. The Court noted that Plaintiff could file a complaint and proceed on his own *pro se*. The Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint and explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

                                                                        /s/
                                                                 M. Hannah Lauck
                                                                 United States District Judge

Date: 3-19-21
Richmond, Virginia